RECEIVED
IN MONROE, LA
JUN 2 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| MICHAEL A. JACKSON | * | CIVIL ACTION NO. 06-0598 |
| VERSUS | * | JUDGE JAMES |
| WARDEN HOLIDAY, ET AL. | * | MAGISTRATE JUDGE HAYES |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, AND DECREED that defendants' motion for summary judgment [doc. # 41] be, and it is hereby **GRANTED**, and that judgment is entered in favor of defendants, Louis McCoy, James Banks, and Willie Hunter (incorrectly named in the complaint as "Captain McCoy," "Major Banks," and "Major Hunter") dismissing with prejudice plaintiffs' claims against said defendants.

THUS DONE AND SIGNED this 2 day of June, 2008, in Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE